IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHILLIP ULRICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLATHE SUBARU, LLC,<br><br>　　　　Defendant. | Case No.: 2:20-cv-02195-DCC-GEB |

## STIPULATION OF DISMISSAL

Plaintiff Phillip Ulrich and Defendant Olathe Subaru, LLC, by and through their respective counsel of record, hereby stipulate that this matter should be dismissed with prejudice, with each party to bear their own costs.

Respectfully submitted,

**HKM Employment Attorneys LLP**

/s/ John J. Ziegelmeyer
John J. Ziegelmeyer III　　KS No. 23003
Brad K. Thoenen　　　　　KS No. 24479
1501 Westport Road
Kansas City, Missouri 64111
Tel: 816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com
Attorneys for Plaintiff

**Case Linden P.C.**

s/ Patric S. Linden
Patric S. Linden, KS 18305
Jennifer G. Ahlbrandt, KS26980
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108

Tel:  (816) 979-1500
Fax:  (816) 979-1501
patric.linden@caselinden.com
jennifer.ahlbrandt@caselinden.com
Attorneys for Defendant

## Certificate of Service

      I hereby certify that on December 7, 2020, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Patric S. Linden
Jennifer G. Ahlbrandt
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Attorneys for Defendant

/s/John J. Ziegelmeyer
John J. Ziegelmeyer III